USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                             :

UNITED STATES OF AMERICA                  :

                -v-                     :              22-CR-440 (VEC)

MILO GERMANY,                            :              <u>ORDER</u>

               Defendant.                :
------------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

       IT IS HEREBY ORDERED that a status conference in this matter is scheduled for **Tuesday, October 24, 2023, at 2:30 P.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: September 27, 2023
New York, NY

                                            **VALERIE CAPRONI**
                                            **United States District Judge**