USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
UNITED STATES OF AMERICA

        -v-                                                    22-CR-440 (VEC)

MILO GERMANY,                                            ORDER

                Defendant.
-------------------------------------------------------------------- X

Valerie Caproni, United States District Judge:

       IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, October 24, 2023, at 2:30 P.M. is rescheduled for **Monday, October 23, 2023, at 10:30 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: October 20, 2023
New York, NY

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**