USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA                  :

                      -v-                            :           22-CR-440 (VEC)

MILO GERMANY,                           :           <u>ORDER</u>

                Defendant.                 :

-------------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

        WHEREAS on October 23, 2023, the parties appeared before the Court for a status conference (the "Conference");

        IT IS HEREBY ORDERED that for the reasons stated at the Conference, the parties must appear for a status conference on **Friday, November 3, 2023, at 10:30 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: October 23, 2023**
        **New York, NY**                                      **VALERIE CAPRONI**
                                                                    **United States District Judge**