USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
      :
UNITED STATES OF AMERICA      :
      :
   -v-      :   22-CR-440 (VEC)
      :
MILO GERMANY,      :   ORDER
      :
      Defendant.      :
      :
------------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

    WHEREAS on November 8, 2024, Probation notified the Court that Mr. Germany was failing to make acceptable progress in his substance abuse treatment, among other issues of failure to comply with the conditions of supervised release, and requested the Court schedule a status conference to address Mr. Germany's noncompliance;

    WHEREAS on November 21, 2024, the Court held a status conference to address Mr. Germany's failure to comply with the conditions of his supervised release; and

    WHEREAS the Court adjourned the conference to provide Defendant time to prepare a plan for Mr. Germany to obtain full-time employment and participate in outpatient mental health and substance abuse treatment;

    IT IS HEREBY ORDERED that the parties must appear for a status conference on **Monday, December 2, 2024, at 2:30 P.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Mr. Germany must have a plan to comply with the conditions of his supervised release, including obtaining full-time employment and ensuring that he consistently participates in his outpatient substance abuse and mental health treatment.

**SO ORDERED.**

                                                                                            */s/ Valerie Caproni*

**Date: November 21, 2024**　　　　　　　　　　　**VALERIE CAPRONI**
       **New York, NY**　　　　　　　　　　　　　**United States District Judge**