USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                   :
UNITED STATES OF AMERICA             :
                   :
          -v-                       :              22-CR-440 (VEC)
                   :
MILO GERMANY,                   :                <u>ORDER</u>
                   :
              Defendant.     :
                   :
-----------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on November 8, 2024, Probation notified the Court that Mr. Germany was failing to make acceptable progress in his substance abuse treatment, among other issues of failure to comply with the conditions of supervised release, and requested the Court schedule a status conference to address Mr. Germany's noncompliance;

        WHEREAS on November 21, 2024, and December 2, 2024, the Court held status conferences to address Mr. Germany's failure to comply with the conditions of his supervised release and preparation of a plan for Mr. Germany to obtain full-time employment and participate in outpatient mental health and substance abuse treatment; and

        WHEREAS at the December 2, 2024 status conference, the Court accepted the plan proposed by Mr. Germany to facilitate him securing full-time employment and participating in treatment;

        IT IS HEREBY ORDERED that Mr. Germany must: (1) continue to participate in outpatient mental health and substance abuse treatment at Samaritan Daytop Village ("SDV"); (2) participate in the three-week Osborne Pathways for Reentry, Employment, and Parenting program ("PREPARE") beginning on January 3, 2025; and (3) sign up for the Adult Career &

Continuing Education Services Vocational Rehabilitation program ("ACCES-VR") and attend orientation by not later than **Friday, December 6, 2024**.

IT IS FURTHER ORDERED that Defendant must confer with Probation and submit a letter by not later than **Monday, December 9, 2024**, confirming that Mr. Germany has attended the ACCES-VR orientation and detailing a plan to track Mr. Germany's attendance at SDV, PREPARE, and ACCES-VR.

IT IS FURTHER ORDERED that upon notification of Mr. Germany's unexcused failure to attend a session through SDV, PREPARE, or ACCES-VR, the Court will hold a hearing to determine whether to alter the conditions of Mr. Germany's supervised release to require him to reside in a halfway house.

IT IS FURTHER ORDERED that the parties must appear for a status conference on **Friday, January 24, 2025, at 2:00 P.M.** to update the Court on Mr. Germany's completion of the PREPARE program, his prospects for employment, and his continued substance abuse and mental health treatment. The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  December 2, 2024
       New York, NY

                                             _____
                                             **VALERIE CAPRONI**
                                             **United States District Judge**