USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA  :
:
    -v-   :   22-CR-440 (VEC)
:
MILO GERMANY,   :   ORDER
:
                    Defendant.   :
:
------------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 2, 2024, the Court ordered the parties to appear for a status conference on January 24, 2025, at 2:00 P.M. to update the Court on Mr. Germany's completion of the PREPARE program, his prospects for employment, and his continued substance abuse and mental health treatment; and

WHEREAS the Court is no longer available at that time, and the Undersigned's Courtroom has changed;

IT IS HEREBY ORDERED that the status conference scheduled for Friday, January 24, 2025, at 2:00 P.M. is ADJOURNED to **Friday, January 31, 2025, at 11:00 A.M.**  The conference will be held in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Date: January 21, 2025
      New York, NY

                                                              _____
                                                              **VALERIE CAPRONI**
                                                              **United States District Judge**