```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
            -v-                                                    :    22-CR-440 (VEC)
                                                                   :
MILO GERMANY,                                                      :    ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 31, 2025, the parties appeared before the Court for a status conference; and

WHEREAS the Court is continuing to monitor Defendant's compliance with obtaining full-time employment;

IT IS HEREBY ORDERED that Defendant must submit a status report by **Friday, February 28, 2025**, detailing Defendant's efforts to obtain employment.

IT IS FURTHER ORDERED that the parties must appear for a status conference on **Thursday, March 6, 2025, at 2:30 P.M.**  The conference will be held in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Date:  January 31, 2025
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**