USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
            -v-                                                         :   22-CR-440 (VEC)
                                                                        :
MILO GERMANY,                                                           :   ORDER
                                                                        :
                    Defendant.                                          :
                                                                        :
------------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on Wednesday, March 5, 2025, the Court ordered the parties to appear for a status conference on Tuesday, March 18, 2025; *see* Dkt. 25;

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, March 18, 2025, at 3:15 P.M. is ADJOURNED *sine die*.

**SO ORDERED.**

**Date: March 17, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**